# EXHIBIT

# A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| In Re:  Columbus Mortgage and Loan | : | |
|        Corporation of Rhode Island, Inc. | : | Bk. No. 1:91-bk-10365 |
|  | : | Chapter 11 |
|        Debtor | : | |
|  | : | |

## DECLARATION OF STEPHEN B. DARR

I, Stephen B. Darr, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am the Trustee of the Creditor's Trust established pursuant to the Debtor's First Amended Joint Liquidating Plan of Reorganization and the Chapter 11 Trustee of the Debtor in the above-captioned matter.  I make this Declaration on the basis of my personal knowledge.

2.     Over the course of this case, Your Trustee has recovered substantial money for unsecured creditors, and has made five separate distributions to the unsecured creditors Your Trustee has been able to locate.  However, despite diligent efforts, Your Trustee has been unable to locate and/or effect payment to certain unsecured creditors.

3.     As set forth in Exhibit B to the Motion to Reopen the Case to Pay Unclaimed Funds into the Registry of the Court (the "Motion"), as of July 1, 2015, Your Trustee is in possession of $99,891.61 representing unclaimed funds belonging to the unsecured creditors identified in Exhibit C.

4.     Attached as Exhibit C to the Motion is a list of unsecured creditors (a) Your Trustee has been unable to locate or (b) who did not cash the checks Your Trustee sent them.  With respect to the creditors Your Trustee has been unable to locate, Your Trustee has received back from the U.S. Post Office mail sent to those creditors, which the U.S. Post Office returned as "Undeliverable."  Your Trustee diligently researched, including on the Internet, each of these

unsecured creditors, but has been unable to obtain any of their addresses. As to the creditors that never cashed the checks Your Trustee sent them, Your Trustee made repeated efforts to effect payment, but without success. As of July 1, 2015, Your Trustee is holding a total of $99,891.61 in unclaimed funds for these creditors (*i.e.*, creditors Your Trustee has been unable to locate and creditors that did not cash their checks). These creditors are listed in Exhibit C to the Motion with their corresponding amounts. Your Trustee seeks to pay these unclaimed funds ($99,891.61) into the Registry of the Court.

5. The Clerk of the Court has agreed to accept and administer these funds as unclaimed funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of July, 2015.

*/s/ Stephen B. Darr*

Stephen B. Darr, Trustee
Huron Consulting Services, LLC
125 Summer Street
Boston, MA 02110

2

715724.v1