# EXHIBIT

# C

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as ofMay 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---:|---|---:|
| 13 | Catherine Normandin<br>Benjamin Church Manor<br>Apartment F-2<br>Bristol, RI 02809 | 240.24 |
| 14 | Edward Relle<br>18 Valley Drive<br>Bristo, RI 02809 | 5.49 |
| 15 | Violet MacKinnon<br>56 Leland Avenue<br>Warwick, RI 02889 | 455.22 |
| 17 | Walter Popinski<br>1445 Main Street<br>W. Warwick, RI 02893 | 3,864.43 |
| 18 | Lillian Hamilton<br>1445 Main Street<br>W. Warwick, RI 02839 | 417.79 |
| 19 | Nichilas Deruosi<br>129 Hawkins Boulevard<br>N. Providence, RI 02991 | 6.54 |
| 27 | Sigrid Hoyt<br>C/O Anderson Winfield<br>94 Beach Avenue<br>Warwick, RI 02889 | 40.21 |
| 179 | Severino Sisandro<br>54 Roger Williams Drive<br>Johnston, RI 02919 | 21.80 |
| 35 | John Cabral<br>A.W. Funeral Home<br>766 West Shore Road<br>Warwick, RI 02889 | 156.66 |
| 36 | Frank Robinson<br>129 Avice Street<br>Naragansett, RI 02882 | 365.56 |
| 43 | Grace Merola | 22,914.30 |

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as of May 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---|---|---|
| | 520 Borden Avenue | |
| | Johnston, RI 02919 | |
| 51 | Ernest Genever | 5.50 |
| | 266 Arlington Street | |
| | Warwick, RI 02886 | |
| 195 | Frank Longo | 10.90 |
| | 90 Governor's Hill | |
| | West Warwick, RI 02893 | |
| 61 | Lynn Moore | 5.99 |
| | 9 Kristin Drive | |
| | Cranston, RI 02921 | |
| 62 | Marie Izzi | 375.99 |
| | 67 Cone Drive | |
| | W. Warwick, RI 02893 | |
| 68 | Joseph R. Muratore, Jr. exec. For Clara DiBiagio | 15.82 |
| | Centerville Commons | |
| | 87 Centerville Road | |
| | Warwick, RI 02886 | |
| 69 | Thomas Tierney | 6.54 |
| | 39 Sachem Street | |
| | Pawtucket, RI 01861 | |
| 74 | Yvonne Ruesh | 5.45 |
| | 186 W. Forest Avenue | |
| | Pawtucket, RI 02860 | |
| 76 | Donald Colapietro | 3,571.98 |
| | 1324 West Shore Road | |
| | Warwick, RI 02889 | |
| 77 | Amedd Dutil | 7,206.62 |
| | Arrowwood Trail RR8 | |
| | Wakefield, RI 02889 | |
| 78 | Doris or Alfred Dion | 895.95 |
| | 50 Caddy Rock Road | |
| | N. Kingstown, RI 02852 | |
| 96 | Josephine Parisi | 5.45 |

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as of May 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---|---|---|
| | 90 Governor's Hill<br>West Warwick, RI 02893 | |
| 102 | Willilam Pennine<br>29 Seaside Drive<br>Jamestown, RI 02835 | 6.85 |
| 110 | Thomas McCormick<br>88 Columbia Avenue<br>Cranston, RI 02905 | 108.62 |
| 118 | Guy Novotny<br>21 Cindy James Circle<br>Warwick, RI 02889 | 104.44 |
| 126 | Anna Migliaccio<br>C/O Evandro Radoccia, Esq<br>94 Bethanny Lane,<br>N. Kingtonston, RI 02881 | 13.36 |
| 132 | Richard Mania<br>40 Lambert Street<br>Narrangansett, RI 02882 | 5.45 |
| 134 | Regina Schmidt<br>38 Cedar Pond Drive<br>Apartment 1<br>Warwick, RI 02886 | 3,655.54 |

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as ofMay 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---|---|---|
| 133 | Anna Lee Cook Mania<br>1221 Sagatuck Road<br>Apartment W-108<br>Peace Dale, RI 02879 | 49.51 |
| 136 | Sarah Prunk Puleston<br>Box 332<br>Etna, NH 03750 | 52.22 |
| 137 | Rita or Joseph Silva<br>40 Glenside Road<br>Cumberland, RI 02864 | 731.11 |
| 142 | Delia Beausoleil<br>80 Hyde Ave<br>Pawtucket, RI 02861 | 5.12 |
| 145 | Ruth Place<br>4 Vera Street<br>Warwick, RI 02888 | 33.80 |
| 147 | Joseph Labreche<br>Box 323<br>238 Pinepoint Road<br>Scarborough, ME 04074 | 731.11 |
| 148 | Fleet Natoonal Bank<br>Anthony T. Lee, Esq.<br>100 Westminster Street<br>Providence, RI 02903 | 21,045.43 |
| 148 | George C. Este<br>1843 West Shore Road<br>Warwick, RI 02888 | 104.44 |
| 151 | Christopher Koluch<br>P.O. Box U<br>Cumberland, RI 02864 | 104.44 |
| 153 | Frank Koluch<br>P.O. Box U<br>Cumberland, RI 02864 | 731.11 |
| 158 | Carmine Tavarozzi | 25.57 |

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as of May 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---:|---|---:|
| | 74 Woodstock Drive | |
| | Warwick, RI 02889 | |
| 155 | Tavarozzi Realty Inc. | 6.18 |
| | 74 Woodstock Drive | |
| | Warwick, RI 02889 | |
| 156 | Antonetta Tavarozzi | 25.58 |
| | 74 Woodstock Drive | |
| | Warwick, RI 02889 | |
| 193 | Wilfred Lapierre | 11.12 |
| | 2 Barren Hill Drie | |
| | Warwick, RI 02886 | |
| 162 | Automotive, inc. | 2,819.98 |
| | 25 Navaho Street | |
| | Cranston, RI 02907 | |
| 165 | Stephen Biafore | 313.33 |
| | 325 Elm Street | |
| | Warwick, RI 02888 | |
| 172 | Viola Clements | 1,879.99 |
| | 325 Elm Street | |
| | Warwick, RI 02888 | |
| 173 | Viola Clements | 1,618.88 |
| | 35 Mapledale Avenue | |
| | Coventry, RI 02816 | |
| 174 | Viola Clements | 313.33 |
| | 325 Elm Street | |
| | Warwick, RI 02888 | |
| 175 | Rosemary Compopiano | 1,044.44 |
| | 65 Pleasant View Avenue | |
| | Greenville, RI 02882 | |
| 34 | Severino Disandro | 8.73 |
| | 54 Roger Williams Drive | |
| | Johnston, RI 02919 | |
| 181 | Regis Forcier | 10.90 |
| | 9608 Valencia Cove | |

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as ofMay 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---|---|---|
| | Palma Sola Harbour Bradention | |
| 182 | Carl Fox<br>2605 Division Road<br>East Greenwich, RI 02818-1218 | 15,666.58 |
| 186 | Antonetta Iacovino<br>505 West Shore Road, Apartment 204<br>Warwick, RI 02889 | 313.33 |
| 187 | Antonetta Iacovino<br>505 West Shore Road, Apartment 204<br>Warwick, RI 02889 | 313.33 |
| 188 | Antonetta Iacovino<br>505 West Shore Road, Apartment 204<br>Warwick, RI 02889 | 313.33 |
| 190 | Norman Jacobson<br>38 Mohawk Trail<br>W. Greenwich, RI 02816 | 7.85 |
| 192 | Josephine Koluch<br>P.O. box U<br>Cumberland, RI 12864 | 417.78 |
| 198 | John Machon<br>Clark Retirement Center<br>600 Valley Road A-117<br>Middleton, RI 02840 | 417.78 |
| 210 | Dr. Daniel O'Neill<br>670 North Main Street, Apartment 15R<br>Providence, RI 02904 | 261.11 |
| 211 | Miriam Sargent Packard<br>6721 Calista Street<br>Orangeville, CA 95662 | 313.33 |
| 214 | Raoul Pelland<br>15 Cadoret Drive<br>Cumberland, RI 02864 | 1,535.32 |
| 215 | Timothy Pray<br>85 Narrows Road | 522.22 |

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as ofMay 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---|---|---|
| | Briston, RI 02809 | |
| 217 | Laurie Jean Puleston<br>Box 862<br>Green Mountain Fall, CO 80819 | 261.11 |
| 218 | Yvonne Ruesh<br>186 W. Forest Avenue<br>Pawtucket, RI 02860 | 5.45 |
| 222 | Olivia st. Germain<br>359 Greenwich Avenue, Apartment 109<br>Warwick, RI 02886 | 417.78 |
| 223 | Residuary Legatees-D. Regina P. Furtado, J. St Armand<br>C/O Anthony B. Sciarretta<br>915 Smith Street<br>Providence, RI 02908 | 10.60 |
| 224 | Angela Steeves<br>361 Paradis Avenue<br>Woonsocket, RI 02895 | 104.44 |
| 225 | Linden Swanner<br>28 Tilley Avenue<br>Newport, RI 02840 | 10.90 |
| 229 | Domenic Tomasso<br>20 Crocus Street<br>W. Warwick, RI 02893 | 2,088.87 |
| 231 | John Henry Westnedge<br>58 Roosevelt Drive<br>Bristol, RI 02809 | 219.33 |
| 236 | Coventry Credit Union<br>1076 main Street<br>Coventry RI 02816 | 60.68 |
| 238 | East Bay Insurance<br>1045 Warwick Ave<br>Warwick, RI 02888 | 10.45 |
| 239 | Electronic Alarm<br>2525 West Shore Road | 10.55 |

**Columbus Mortgage & Loan**
**Case 91-10365**
**Unclaimed Funds as of May 31, 2015**

| Claim Number | Name and Address | Unclaimed Amount |
|---|---|---:|
| | Warwick, RI 02889 | |
| 240 | General Oil<br>208 Gansett Ave<br>Cranston, RI 02910 | 75.74 |
| 241 | General Service<br>(No address) | 33.99 |
| 242 | Mosler Safe<br>(No address) | 9.08 |
| 243 | N.E. Telephone<br>Executive Offices<br>234 Washington Street<br>Providence, RI 02903 | 12.89 |
| 245 | Old Stone Bank<br>(No Current Address) | 29.80 |
| 246 | Pitney Bowes<br>70 Catamore BLVD<br>East Providence, RI 02914-1218 | 11.23 |
| 248 | Safeguard Business Forms<br>110 Jefferson Blvd<br>Warwick, RI 02888 | 21.62 |
| 249 | Side Acct Mtges<br>(No Current Address) | 260.13 |
| | **Total** | **99,891.61** |