**UNITED STATES**
**BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

**# 71963       - PR**

**August 11, 2015**
**12:32:46**

**REGISTRY**
**91-10365-DF11**

Debtor.: COLUMBUS MORTGAGE AND LOAN COR
Judge..: DIANE FINKLE
Trustee: Unknown Trustee
Amount.:                $99,891.61 CH
Check#.: 20025

**Total-> $99,891.61**

FROM: STEPHEN B. DARR TRUSTEE