UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:  Columbus Mortgage & Loan
    Debtor(s)                                                 Case No. 91-10365
                                                                                Chapter   11

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the funds from the uncashed dividend check in the amount of $15,666.58 **Payable to The Estate of Carl J. Fox** creditor in this case, was deposited in the Registry Account of the court, and that the proper recipient for said funds has now been located by a (petitioner and the  owner).

        The Estate of Carl J. Fox
        c/o Theresa S. Fox
        8459 E-SW 92 Street
        Ocala, FL 34481

IT IS HEREBY ORDERED that the Clerk of the Bankruptcy Court shall disburse said funds on deposit in the Registry Account to the Petitioner and the Owner in the amount specified above.

Enter                                                   So Ordered:

_Diane Finkle_                                    AE
Bankruptcy Judge                         Deputy Clerk
Dated: 1/15/16